# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRYSTAL C. WAHL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 4:16-cv-05145-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 17. The motion was heard without oral argument.

The parties stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees should be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 17, is **GRANTED**.

2. The decision denying benefits is **reversed** and **remanded** for further administrative proceedings. On remand, the ALJ shall offer Plaintiff an opportunity for a new hearing, further develop the record, and issue a new

**ORDER GRANTING STIPULATED MOTION FOR REMAND** + 1

decision. The ALJ shall also:

- Reevaluate the state agency psychological medical evidence of record, providing analysis related to the weight given to each opinion and explain how they support the residual functional capacity; and
- As needed, obtain vocational expert testimony in order to assess whether there are jobs in the national economy Plaintiff could perform despite her limitations.

3. This remand is made pursuant to sentence four of 42 U.S.C. § 405(g).

4. Plaintiff's Motion for Summary Judgment, ECF No. 13, is **DISMISSED AS MOOT**.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 7th day of June, 2017.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** + 2